**Order filed February 12, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00062-CV
_____

**IRENE SILVA AND DAVID SILVA, Appellants**

**V.**

**THE CITY OF PASADENA, Appellees**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-36912**

# O R D E R

This is an appeal from a judgment signed October 10, 2014. The notice of appeal was due January 8, 2015. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on January 9, 2015, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied,

appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.CHouston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM